**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CONSECO FINANCE SERVICING CORPORATION, fka Green Tree Financial Servicing Corporation**,

Plaintiff,

v.

**TITLE WEST MORTGAGE, INC.**,

Defendant.

Civil No. 01-1731 (PAM/JGL)

**MINUTES and ORDER**

---

APPEARANCES

Timothy G. Gelinske, Esq., on behalf of Plaintiff

Val Parranto Davis, Esq., on behalf of Defendant

---

A hearing was held on December 19, 2001 before United States Magistrate Judge Jonathan Lebedoff on Val Parranto Davis's Motion by Counsel for Defendant to Withdraw (Doc. No. 6). The Court ruled from the Bench. The motion was **DENIED WITHOUT PREJUDICE**. Plaintiff was instructed to bring a motion for default judgment based on Defendant's failure to defend this case.

Dated: December 19, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK