**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Conseco Finance Servicing Corp., f/k/a Green Tree Financial Servicing Corporation,

Plaintiff

v.

Title West Mortgage, Inc.,

Defendant.

Case No. 01-CV-1731 (PAM/JGL)

**ORDER TO SHOW CAUSE**

On December 18, 2001, the Court heard the motion of counsel for Defendant Title West Mortgage, Inc. ("TWM") for leave to withdraw. The ground for counsel's motion was that TWM refuses to participate or cooperate in its defense of this action. The Court denied the motion and instructed Plaintiff Conseco Finance Servicing Corp. ("Conseco") to bring a motion for an order to show cause why judgment should not be entered against TWM and in favor of Conseco.

Conseco so moved, and on January 8, 2002, this Court heard Conseco's Motion for an Order to Show Cause on why default judgment should not be entered in its favor. Timothy G. Gelinske, Esq. appeared on behalf of Conseco. Val Parranto Davis, Esq. appeared on behalf of TWM.

Based upon all the files, records, and proceedings herein, Conseco's Motion is **GRANTED**.

1. TWM is hereby ordered to appear at ~~8:30~~ 2:20 p.m. on January ~~__~~ 15, 2002, before the Honorable Paul A. Magnuson, Room 730, Seventh Floor, Federal Building, 316 N. Robert St., St. Paul, Minnesota to show cause why judgment should not be entered against it and in favor of Conseco.

JAN 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Failure by TWM to appear will result in judgment being entered in favor of Conseco for the payoff amounts remaining on the loans identified in the Complaint, plus Conseco's costs, expenses and attorneys' fees incurred in this litigation.

3. In addition, for every loan identified in the Complaint that is paid off by the borrower, TWM shall be required to produce to Conseco the original Note and Mortgage and an Assignment of the Note and Mortgage to Conseco within 10 days of receiving notice that the borrower paid off the loan.

**IT IS SO ORDERED.**

Dated: Jan. 8, 2002

Jonathan G. Lebedoff
U.S. Magistrate Judge



1360215v4