# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Conseco Finance Servicing Corp
f/k/a Green Tree Financial Servicing Corp.

Case No. Civil 01-1731 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Title West Mortgage

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Conseco and against TWM in the amount of $149,243.00 This amount represents the payoffs for the unpaid loans and Conseco's costs, expenses and attorneys' fees;

2. TWM is also ordered to produce the original Note and Mortgage and an Assignment of Note and Mortgage to Conseco for any loan, iden6tiiified in the Complaint, which has been paid by the borrowers;

3. TWM shall deliver the original Note, Mortgage and Assignment of Note and Mortgage to Conseco within 10 days fo Conseco sending written notice of the borrowers' payoff to TWM at the following address: Terrence O'Shaughnessy, CEO, 20970-B Warner Center Lane, Woodland Hills, CA 91367-6559

4. If TWM fails to pay this judgment or produce the documents required, it will be required to pay Conseco's legal expenses, including attorneys' fees, incurred in enforcing this judgment.

DATE: January 15, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk